U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**FILED**
FEB 2 0 2004
ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SAM LYONS AND PATRICIA LYONS INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF THEIR DAUGHTER, CYNTHIA LYONS | : | DOCKET NO. 2:03-cv-1643 |
| VS. | : | JUDGE TRIMBLE |
| ESTATE OF THEIR DAUGHTER, CYNTHIA LYONS | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the Motion to Remand be DENIED.

IT IS FURTHER ORDERED that judgment be entered in favor of non-diverse defendant, Mike Cannon, dismissing with prejudice the plaintiffs' claims against said defendant only.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20th day of February, 2004.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE