U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
NOV 10 2004
ROBERT H. SHEMWELL, CLERK
BY_____ PAT
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| SAM LYONS, ETC. | CIVIL ACTION NO. 03-1643 |
|---|---|
| VERSUS | JUDGE TRIMBLE |
| CENTOCOR, INC. | MAGISTRATE JUDGE WILSON |

### JUDGMENT OF DISMISSAL

The court having been advised by Ms. Monique M. Garsaud, attorney for three of the defendants in this matter, that the above action has been settled as to all defendants and therefore, it is

**ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion is filed to reopen, the case is officially closed and the Clerk of Court shall be relieved from the responsibility of sending out further notices in this matter.

**THUS DONE AND SIGNED**, in Chambers at Lake Charles, Louisiana on this 10th day of November, 2004.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE