U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

DEC 21 2004

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SAM LYONS AND PATRICIA LYONS INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF THEIR DAUGHTER, CYNTHIA LYONS | * * * * * | CIVIL ACTION NO. 2:03cv1643<br><br>SECTION: Lake Charles |
| VERSUS | * * | JUDGE: James Trimble, Jr. |
| CENTOCOR, INC., ONCOLOGY THERAPEUTIC NETWORK, JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, AND JOHNSON & JOHNSON | * * * * * | MAGISTRATE JUDGE<br>Alonzo Wilson |

\* \* \* \* \* \* \* \*

## CONSENT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs SAM LYONS AND PATRICIA LYONS, appearing herein individually, and on behalf of the estate of their daughter, CYNTHIA LYONS, who upon suggesting to the Court that the captioned matter has been settled, adjusted and compromised, with regard to the following Defendants, Centocor, Inc, Johnson and Johnson Pharmaceutical Research and Development, LLC, Johnson & Johnson, Oncology Therapeutic Network Corporation, and Bristol-Myers Squibb Company, moves this Court, with the

1

consent of all parties, to dismiss the claims in this matter, against the aforementioned Defendants, with prejudice and as of compromise, each party to bear their respective costs. This motion to dismiss is not meant to affect or otherwise prejudice, in any way, any pending or future claim against Cynthia Lyons' health care providers, namely, Dr. P. Hooper Nichols, Carolyn Spikes, R.N., and Mike Cannon, said claims being specifically reserved by the Plaintiffs.

WHEREFORE, Plaintiffs respectfully request, with the consent of all parties hereto, that this Court issue the attached order dismissing the claims in this matter, against all Defendants except the health care providers, with prejudice, and as of compromise, each party to bear their respective costs.

Respectfully submitted,

**McKAY LAW FIRM**

_____
John F. McKay (La. Bar No. 9361)
7465 Exchange Place
Baton Rouge, Louisiana 70806
Telephone: (225) 924-3641
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___15th___ day of ___December___, 2004, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____

# IRWIN FRITCHIE
# URQUHART & MOORE LLC

—— COUNSELORS AT LAW ——

IRAN A. THOMPSON, II
ithompson@irwinllc.com
Direct Dial: (504) 310-2135

400 POYDRAS STREET • SUITE 2700
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504.310.2100
FACSIMILE 504.310.2101
www.irwinllc.com

December 20, 2004

**Via Federal Express**

Robert M. Shemwell
Clerk of Court
United States District Court
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA 71101

RECEIVED
DEC 2 1 2004
ROBERT H. SHEMWELL
WESTERN DISTRICT OF LA
SHREVEPORT, LOUISIANA

RE: *Sam Lyons, et al v. Centocor, Inc., et al*
USDC Western District of LA (Lake Charles Division) No. 2:03CV1643
Our File No. 9735.69

Dear Clerk:

Enclosed are an original and two (2) copies of plaintiffs' Consent Motion for Voluntary Dismissal with Prejudice which we ask that you file into the record of the captioned case and return a conformed copy to our office in the enclosed self-addressed stamped envelope.

Very truly yours,

IRWIN FRITCHIE URQUHART & MOORE, LLC

Iran A. Thompson, II

IAT,II/mam
Enclosures

cc: John F. McKay, Esq. (w/ enclosure)
Penny Nowell, Esq. (w/o enclosures)